JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALTEX PLASTICS, INC., | CV 14-544 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOCKHEED MARTIN CORPORATION; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to the Court's April 24, 2014 Minute Order granting the Motion to Dismiss filed by defendant Lockheed Martin Corporation ("Defendant"), which dismissed all of the claims asserted by plaintiff Caltex Plastics, Inc. ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice, that Plaintiff take nothing, and that Defendant shall have its costs of suit.

DATED: April 24, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE